PROB 12C
(6/16)

Report Date: March 12, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Angel Contreras | Case Number: 0980 2:13CR02036-FVS-1 |
| Address of Offender: | Seattle, Washington 98125 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U. S. District Judge

Date of Original Sentence: October 16, 2013

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 57 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: August 6, 2019 |
| Defense Attorney: | Rick L. Hoffman | Date Supervision Expires: August 5, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: Mr. Contreras is alleged to have failed to return to the Eastern District of Washington as directed on March 2, 2020.<br><br>On August 12, 2019, supervised release conditions were reviewed and signed by Mr. Contreras, acknowledging his understanding of standard condition number 1, which requires him to obtain permission to leave the Eastern District of Washington.  For several months, Mr. Contreras has been told he must reside in the Eastern District of Washington and return from the Western District of Washington.<br><br>In December 2019, the U.S. Probation office in the Western District of Washington denied acceptance of Mr. Contreras' supervision.  After his request to transfer to Western Washington was denied, Mr. Contreras was directed to return to the Eastern District of Washington.  Mr. Contreras was given a significant amount of time to secure a residence in Eastern Washington, yet he has failed to return. |

Prob12C
**Re: Contreras, Jose Angel**
**March 12, 2020**
Page 2

      On March 2, 2020, Mr. Contreras informed probation that he will not reside in the Eastern District of Washington due to concerns for his and his family's safety. He stated if he is forced to return he will abscond from supervised release and a warrant will have to be issued for his arrest.

2      **Special Condition #18**: You shall abstain from the use of illegal controlled substance, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Mr. Contreras is alleged to have consumed marijuana on or about February 14, 2020.

      On August 12, 2019, supervised release conditions were reviewed and signed by Mr. Contreras, acknowledging his understanding of special condition number 18, which requires him to abstain from using illegal controlled substances.

      On February 19, 2020, Mr. Contreras reported to U.S. Probation and admitted to consuming marijuana on or about February 14, 2020. Mr. Contreras was honest about his drug use and provided a negative urinalysis test.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 12, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

March 13, 2020
Date