PROB 12C
(6/16)

Report Date: April 22, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 22, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Angel Contreras          Case Number: 0980 2:13CR02036-RMP-1

Address of Offender:          Seattle, Washington 98119

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 16, 2013

Original Offense:          Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 57 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Benjamin David Seal          Date Supervision Commenced: August 6, 2019

Defense Attorney:   Craig D. Webster          Date Supervision Expires: August 5, 2022

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 13, 2020.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

3          **Mandatory Condition #2**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Contreras is alleged to have violated a mandatory condition on April 11, 2020, by driving while license suspended in the third degree, in violation of Revised Code of Washington (RCW) 46.20.342.1C; Lower Kittitas County District Court case number XZ0319254.

On August 12, 2019, supervised release conditions were reviewed and signed by Mr. Contreras, acknowledging his understanding of the  mandatory condition number 2.

According to the Washington State Patrol (WSP) case report for incident number XZ0319254, the following occurred: On April 11, 2020, at 12:53 a.m. Mr. Contreras was pulled over by WSP on Interstate 82 after he was observed crossing the center line twice as well as crossing the fog line.  The offender was identified by his Washington State identification card.  The Washington State Department of Licensing confirmed Mr. Contreras' license was suspended and revoked in the third degree.  Mr. Contreras was issued

Prob12C
**Re: Contreras, Jose Angel**
**April 22, 2020**
**Page 2**

a citation for driving while license suspended in the third degree and has a court date scheduled for May 18, 2020.

4      **Standard Condition #11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Mr. Contreras is alleged to have failed to notify this probation officer within 72 hours after he was contacted and questioned by a law enforcement officer on April 11, 2020.

On August 12, 2019, supervised release conditions were reviewed and signed by Mr. Contreras, acknowledging his understanding of standard condition number 11.

On April 11, 2020, Mr. Contreras was issued a citation by WSP for driving while license suspended in the third degree.  On April 13, 2020, this officer attempted to contact Mr. Contreras to discuss his contact with WSP.  This officer left a voice message on Mr. Contreras' cell phone, requesting he call this officer back.

On April 15, 2020, Mr. Contreras called this officer.  Mr. Contreras did not mention anything about his contact with WSP until this officer asked Mr. Contreras why his name was ran by WSP on April 11, 2020.  Once Mr. Contreras was questioned about WSP running his name, he admitted to receiving a citation on April 11, 2020, for driving while license suspended in the third degree.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 13, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 22, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

**Prob12C**
**Re: Contreras, Jose Angel**
**April 22, 2020**
**Page 3**


THE COURT ORDERS
[   ]    No Action
[   ]    The Issuance of a Warrant
[   ]    The Issuance of a Summons
[ X ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[   ]    Defendant to appear before the Judge assigned to the
         case.
[ X ]    Defendant to appear before the Magistrate Judge.
[   ]    Other

_____
Signature of Judicial Officer

_____4/22/2020_____
Date